IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| JORGE M. TORRES, | ) | Case No. 10 B 33279 |
| JUANA M. TORRES, | ) | |
| Debtors. | ) | |

**N O T I C E**

TO:    SEE ATTACHED SERVICE LIST

      PLEASE TAKE NOTICE that on the 29 th of September, 2010, at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable BENJAMIN GOLDGAR, Bankruptcy Judge, in the Courtroom usually assigned to him, No. 613, United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or before any other Bankruptcy Judge who may be sitting in his place and stead and shall then and there present the attached Motion, at which time and place you may appear, if you so see fit.

                                         /s/ Gina B. Krol
                                         GINA B. KROL
                                         105 W. Madison St., Suite 1100
                                         Chicago, IL 60602
                                         312/368-0300

GINA B. KROL, on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached hereto on the persons shown above by the means set forth herein, this 23rd day of August, 2010.

     .                                         /s/ Gina B. Krol

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 10-33279<br>Northern District of Illinois<br>Chicago<br>Mon Aug 23 11:19:36 CDT 2010 | Waukegan Savings Bank<br>c/o William J. Connelly, Esq.<br>Hinshaw & Culbertson LLP<br>222 N. LaSalle Street<br>Suite 300<br>Chicago, IL 60601-1081 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1704 |
| Bank of America<br>P.O. Box 37271<br>Baltimore, MD 21297-3271 | Carmax<br>P.O. Box 3174<br>Milwaukee, WI 53201-3174 | Chase Cards<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Community Investment Corporation<br>222 S. Riverside Plaza<br>Suite 220<br>Chicago, IL 60606-5808 | Forever Construction, Inc.<br>222 N. Genesee St.<br>Suite 205<br>Waukegan, IL 60085-4202 | Lake County Treasurer<br>18 North County Street, Suite 102<br>Waukegan, IL 60085-4361 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Libertyville Bank & Trust<br>507 North Milwaukee Ave.<br>Libertyville, IL 60048-2000 | National City<br>3232 Newmark Dr.<br>Miamisburg, OH 45342-5433 |
| Norstates Bank<br>1601 N Lewis Avenue<br>Waukegan IL 60085-1761 | Norstates Bank<br>P.O. Box 39<br>Waukegan, IL 60079-0039 | Stephen A. Oakley<br>Hinshaw & Culbertson<br>222 N. LaSalle St., Suite 300<br>Chicago, IL 60601-1081 |
| Stephen Martin<br>Martin & Mennecke<br>216 W. Madison Street, 2nd Floor<br>Waukegan, IL 60085-8105 | WAMU n/k/a JP Morgan Chase Bank<br>c/o John K. Kallman<br>221 N. LaSalle Street, Ste. 1200<br>Chicago, IL 60601-1305 | Waukegan Savings Bank<br>1324 Golf Road<br>Waukegan, IL 60087-4831 |
| Jorge M. Torres<br>2912 Cypress Point<br>Wadsworth, IL 60083-9274 | Joseph E Cohen Atty<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Juana M. Torres<br>2912 Cypress Point<br>Wadsworth, IL 60083-9274 |
| William T Neary<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Michael L. Sherman<br>Sherman & Sherman<br>120 S. La Salle St., Ste 1460<br>Chicago, IL 60603 | John K. Kallman<br>221 N. La Salle Street<br>Suite 1200<br>Chicago, IL 60601-1305 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Lexus Financial Services<br>P.O. Box 5855<br>Carol Stream, IL 60197 | (d)Toyota Motor Credit Corporation<br>5005 North River Blvd., N.E.<br>Cedar Rapids, IA 52411-6634 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| JORGE M. TORRES, | ) | 10-33279 |
| JUANA M. TORRES, | ) | |
| | ) | |
| Debtors. | ) | |

### DEBTORS' MOTION FOR ENTRY OF FINAL ORDER
### AUTHORIZING USE CASH COLLATERAL

TO THE HONORABE A. BENJAMIN GOLDGAR,
　　　BANKRUPTCY JUDGE

NOW COME JORGE & JUANA TORRES, Debtors-in-Possession herein, through their Attorney, Joseph E. Cohen, Gina B. Krol and Cohen & Krol and respectfully represent unto this Honorable Court as follows:

1. On July 27, 2010, they filed the above-captioned Chapter 11 petition seeking reorganization pursuant to the United States Bankruptcy Code.

2. At the time of the Chapter 11 filing they were indebted to JP Morgan Chase Bank, N.A. (hereinafter, the "Bank") on real estate mortgages totaling approximately $1,140,914.00.

3. The Bank duly perfected mortgage liens upon the Debtors' real property commonly known as 2635 Cornelia Ave., Waukegan, IL and 2713 Cornelia Ave., Waukegan, IL.

4. On August 23, 2010, the Bank presented to this Honorable Court its Motion to Prohibit or Condition Use of Cash Collateral. At the time of

          the hearing, this Court entered an Agreed Interim Order Authorizing the Debtors to Use Cash Collateral, pursuant to an approved budget. A copy of that order is attached hereto.

5. This Honorable Court has set September 29, 2010 at 10:00 am as the hearing on the Debtor's request for a Final Order authorizing the use of cash collateral.

6. The Debtor has served this Motion and proposed final order upon all of the Debtors' creditors, the Office of the United States Trustee and all other parties in interest pursuant to Bankruptcy Rule 2002.

WHEREFORE JORGE & JUANA TORRES, Debtors-in-Possession herein, pray for the entry of a final order authorizing the use of cash collateral, pursuant to the terms and conditions of the proposed attached order, and for such other and further relief as this Court shall deem proper.

                                              JORGE M. TORRES,
                                              JUANA M. TORRES,

                                        BY:   /s/ Gina B. Krol

JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste. 1100
Chicago, IL 60602
312/368-0300