## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re JORGE M. TORRES and JUANA M. TORRES,   Debtors and Debtors-in-Possession. | Case No. 10-33279<br><br>Honorable A. Benjamin Goldgar<br><br>Chapter 11 |

### AGREED FINAL ORDER PERMITTING USE OF CASH COLLATERAL
### AND PROVIDING ADEQUATE PROTECTION - JPMORGAN CHASE BANK, N.A.

This matter coming on for final hearing on the Motion of Creditor, JPMorgan Chase Bank, N.A. ("JPMorgan") to Prohibit or Condition Use of Cash Collateral of the Debtor, Forever Construction, Inc. ("Debtor"), and by agreement by Debtor and JPMorgan, due notice having been given in accordance with Bankruptcy Rule 4001 and upon completion of a final hearing pursuant to Section 363 of the United States Bankruptcy Code ("Final Hearing");

**IT IS HEREBY ORDERED:**

1. Debtor and JPMorgan stipulate that the Debtor and/or the land trusts of which the Debtor is a beneficiary has entered into two loans and collateral documents with JP Morgan as follows:

   (a) Note and mortgage in the original principal amount of $415,000.00, made by Jorge Torres, Juana Torres and Bank of Waukegan, as Trustee. The note and mortgage are secured by property located at 2635 Cornelia Avenue, Waukegan, IL. The monthly payment of principal and interest under the mortgage is $2,461.52.

   (b) Note and mortgage in the original principal amount of $517,500.00, made by Jorge Torres, Juana Torres and Bank of Waukegan, as Trustee. The note and mortgage are secured by property located at 2713 Cornelia Avenue, Waukegan, IL. The monthly payment of principal and interest under the mortgage is $3,092.70.

Each Mortgage has granted to JPMorgan an assignment of rents and profits from the collateral owned by the Debtors.

2. JPMorgan's Motion is granted to the following extent: Debtor is authorized to utilize cash collateral solely in accordance with this Final Order and pursuant to the Budget attached as Exhibit "A" for purposes of conducting its ordinary and necessary operations until further order of this Court. Debtor is authorized and directed and does hereby, without further act or

deed, grant to JPMorgan to the extent of JPMorgan's pre-petition liens and security interests, a continuing post-petition lien and security interest on the same collateral which JPMorgan held pre-petition ("Liens").

3. The Debtor is authorized and directed to make a monthly adequate protection payment to JPMorgan in the amount of $5,554.22 plus tax escrow payments in the amount of $1,608.33 on the 2635 Cornelia property and $1,858.33 on the 2713 Cornelia property, commencing upon entry of this Order and continuing on or before the 15th day of each month after such entry until further order of this court.

4. The provisions of this Final Order and the Liens granted hereunder shall be binding upon and inure to the benefit of JPMorgan, the Debtor and their respective successors and assigns, including, but not limited to, any Chapter 7 or Chapter 11 Trustee hereinafter appointed as the representative of the Debtor's estate herein.

5. Debtor shall serve, or cause to be served, a copy of this Order with attachments upon all secured creditors reflected in the public records of which Debtor is otherwise aware, the U.S. Trustee, each of the Debtor's 20 Largest Unsecured Creditors, and all creditors who have filed a request to receive notices, which mailing shall constitute adequate notice of the entry of this Final Order.

2 9 SEP 2010

_____
Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

This Final Order prepared by:
Joseph E. Cohen, Esq.
Counsel for Debtor
105 West Madison Street
Suite 1100
Chicago, IL 60602
312-368-0300